IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEROLD HOLTZMAN**, *et al.* | Case No.: 1:15-cv-09532 |
| Plaintiffs | Judge: Hon. Matthew F. Kennelly |
| v. | STIPULATION OF DISMISSAL |
| **ABBVIE INC.**, *et al.* | OF SOLVAY, S.A. |
| Defendants | |

Plaintiffs Jerold Holtzman and Susan Holtzman, by and through their undersigned counsel and with the stipulation of the undersigned counsel for all defendants who have appeared, hereby dismiss Defendant Solvay, S.A., without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

July 29, 2016

Respectfully submitted,

*/s/ James G. O'Brien*
James G. O'Brien (OH 0088460, Cal. 308239)
ZOLL & KRANZ, LLC
6620 W. Central Ave., Suite 100
Toledo, OH 43617
Tel. (419) 841-9623
Fax (419) 841-9719
Email jim@toledolaw.com

*Counsel for Jerold Holtzman and Susan Holtzman*

*/s/ Katherine Unger Davis* (by permission)
Katherine Unger Davis
DECHERT LLP
2929 Arch St.
Philadelphia, PA 19104
(215) 994-2015
Email: katherine.ungerdavis@dechert.com

*Counsel for AbbVie, Inc., Abbott Laboratories, AbbVie Products LLC, Unimed Pharmaceuticals LLC, Besins Healthcare Inc., and Besins Healthcare, S.A*

**CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing **Stipulation of Dismissal of Solvay, S.A.** by filing a copy on the Court's electronic filing system on this date.

July 29, 2016
/s/ James G. O'Brien
James G. O'Brien (Ohio 0088460, Cal. 308239)